

2007 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

5-7-2007

# USA v. Robinson

Precedential or Non-Precedential: Precedential

Docket No. 05-5330

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2007

Recommended Citation

"USA v. Robinson" (2007). *2007 Decisions.* Paper 1043.
http://digitalcommons.law.villanova.edu/thirdcircuit_2007/1043

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2007 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———

No. 05-5330

———

UNITED STATES OF AMERICA

v.

SHAWN ROBINSON,

Appellant.

_____

On Appeal from the United States District Court
for the District of New Jersey
District Court No. 04-cr-00421
District Judge: Hon. Jerome B. Simandle

_____

Submitted under Third Circuit LAR 34.1(a)
February 27, 2007

Before: McKEE and ALDISERT, Circuit Judges, and
RESTANI,* Judge

(Filed: March 5, 2007)

———

**ORDER AMENDING OPINION**

At the direction of the Court, the opinion filed on March 05, 2007 is amended to correct the attorneys of record. The designation is as follows:

Caroline A. Sadlowski, Esquire
Christopher J. Christie, Esquire
United States Attorneys
George S. Leone, Esquire
Chief, Appeals Division
970 Broad Street
Newark, New Jersey 07102

      Counsel for Appellee


  * The Honorable Jane A. Restani, Chief Judge, U.S. Court of International Trade, sitting by designation.



        For the Court,

        /s/Marcia M. Waldron
        Clerk

DATED: May 7, 2007
tmk/cc: John F. Renner, Esq.
      George S. Leone, Esq.
       Caroline A. Sadlowski, Esq.